| | |
|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

### HOUSTON DIVISION

Jazmine Sada
   *Plaintiff(s),*

v.                                                                                                                                                   Case No. 4:25−cv−00544

Harris County, Texas, et al.
   *Defendant(s).*

## NOTICE OF SETTING

### PLEASE TAKE NOTICE

HEARING: **Motion Hearing**
RE: Motion to Dismiss − #10

DATE: **4/15/2025**

TIME: **02:30 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.
Enter Meeting ID: 160 7362 7986#
No participant ID − press #, Followed by Passcode: 3716#.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN-PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

| | |
|---|---|
| **Nathan Ochsner, Clerk** | Date: April 11, 2025 |

By Deputy Clerk, A. Rivera